467 A.2d 53

Commonwealth v. Caswell, Appellant.

Submitted March 1, 1983. James O'Brien, Assistant Public Defender, for appellant; Ernest D. Preate, Jr., District Attorney, for Commonwealth, appellee.

Before CERCONE, President Judge, CAVANAUGH and WIEAND, JJ.

Judgment of sentence affirmed.

467 A.2d 53

Commonwealth v. Dourlain, Appellant.

Petition for Allowance of Appeal
Denied Feb. 2, 1984.

Submitted May 26, 1983. James A. Wymard, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and CIRILLO, JJ.

Order affirmed.